ACCEPTED
05-14-01579-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/15/2015 1:26:58 PM
LISA MATZ
CLERK

No. 05-14-01579-CV

_____

**COURT OF APPEALS
for the
FIFTH DISTRICT OF TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

7/15/2015 1:26:58 PM

LISA MATZ
Clerk

_____

**David Bagwell, Individually and as Trustee of
The David S. Bagwell Trust,** *et al.***,**

*Appellants*,

**v.**

**BBVA Compass and Sam Meade,**

*Appellees*.

_____

**Appeal from the 101st Judicial District Court
of Dallas County, Texas**
*Honorable Martin Lowy, Presiding Judge*

_____

**UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE APPELLANTS' REPLY BRIEF**

_____

**To the Honorable Court:**

Pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), Appellants David Bagwell, individually and as Trustee of The David S. Bagwell Trust ("Appellants"), file this Unopposed Motion for Extension of Time to File Appellants' Reply Brief. In support of the 30-day extension requested in this motion, Appellants would respectfully show the Court the following:

1

1. Appellees' Brief was filed on July 2, 2015, making Appellants' Reply Brief due on July 22, 2015. Appellants request an extension of 30 days to file their Reply Brief, making the new date August 21, 2015.

2. The undersigned, Appellants' lead appellate counsel, has been and will be involved in other matters that necessitate an extension, including:

   a. preparation for and participation in a jury trial beginning on July 6, 2015 in *Janvey v. Dillon Gage Inc. of Dallas and Dillon Gage Inc.*, No. 3:10-CV-1973-N, pending in the U.S. District Court for the Northern District of Texas;

   b. preparation of an appellant's brief due on July 13, 2015 in *City of McKinney v. El Dorado Land Company, L.P.*, No. 05-15-00067-CV, pending in this Court; and

   c. preparation of an appellees' brief due on August 14, 2015 in *Lutheran Social Services of the South, Inc. v. Winnie Blount, Individually, and as Next Friend of P.B., a minor child, and John Blount, Individually and as Next Friend of P.B., a minor child*, No. 05-15-00380-CV, pending in this Court.

3. Because of these and other scheduling conflicts, including a prepaid vacation from July 26 - August 3, the undersigned believes that a 30-day extension will be necessary in order to prepare an adequate reply brief in this case.

4. Co- Appellants and Appellees do not oppose this request.

WHEREFORE, Appellants David Bagwell, individually and as Trustee of The David S. Bagwell Trust, respectfully pray that the Court grant this unopposed motion and extend the time to file their Appellants' Reply Brief to August 21, 2015.

Respectfully submitted,

*/s/ Jeffrey S. Levinger*

**Jeffrey T. Hall**
State Bar No. 00787622
**Jeffrey T. Hall, Esq.**
1717 McKinney Avenue, Suite 700
Dallas, Texas 75202
Telephone: 214-593-6446
Facsimile: 855-830-1952
Email: jthallesq@gmail.com

**Jeffrey S. Levinger**
State Bar No. 12258300
**Levinger PC**
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone: 214-855-6817
Facsimile: 214-855-6808
Email: jlevinger@levingerpc.com

**J. Carl Cecere**
State Bar No. 24050397
**Cecere PC**
6035 McCommas Blvd.
Dallas, Texas 75206
Telephone: 469-600-9455
Email: ccecere@cecerepc.com

*Attorneys for Appellants*
*David Bagwell, Individually and as*
*Trustee of the David S. Bagwell Trust*

### CERTIFICATE OF CONFERENCE

On July 14, 2015, the undersigned conferred with Jeffrey Seeburger, counsel for Appellees, and Payton Healey, counsel for co-Appellants, regarding this motion. Both counsel stated that their clients do not oppose the requested extension of time to file the Appellants' Reply Brief.

*/s/ Jeffrey S. Levinger*
**Jeffrey S. Levinger**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of this Unopposed Motion for Extension of Time to File Appellants' Reply Brief was served on all counsel of record via the Court's electronic filing system on this 15th day of July, 2015.

Patrick W. Powers
Payton J. Healey
Powers Taylor LLP
8150 North Central Expressway
Suite 1575
Dallas, TX 75206

Michael A. Logan
Jeffrey S. Seeburger
Victoria Nsikak
Kane Russell Coleman & Logan PC
1601 Elm Street
3700 Thanksgiving Tower
Dallas, TX 75201

*/s/ Jeffrey S. Levinger*

**Jeffrey S. Levinger**